

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Baylor College of Medicine and Richard Finnell v. Melody Yeo and
                          Monica Garcia

Appellate case number:   01-22-00210-CV

Trial court case number:  2021-76206

Trial court:                     157th District Court of Harris County

     Appellants, Baylor College of Medicine and Richard Finnell, filed a Motion for Immediate Review of Trial Court's Denial of Supersedeas Bond and Emergency Motion for Stay of Underlying Proceedings Pending Resolution of Supersedeas Bond Issues.

     The motion is **denied.**

     It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                              Acting individually

Date:  June 3, 2022